IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| POCHYA DEE SANDERS, as Administratrix of the Estate of CEDRIC JAMAL MIFFLIN, deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL CASE NO.:3:19-cv-353-ECM ) |
| MICHAEL DAMON SEAVERS, | ) ) |
| Defendant. | ) |

## **O R D E R**

On July 3, 2019, the parties filed a joint stipulation of dismissal (doc. 8). Upon consideration of the joint stipulation of dismissal, and for good cause, it is

ORDERED and ADJUDGED that this case be and is hereby DISMISSED with prejudice, each party to bear its own costs. It is further

ORDERED that all pending deadlines are terminated and all pending motions are hereby DENIED as moot.

DONE this 8th day of July, 2019.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE